# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Dr. Larry Alenbaugh | ) ASBCA No. 61957 |
| | ) |
| Under Contract No. N00250-11-C-0042 | ) |

APPEARANCES FOR THE APPELLANT:  Robert W. Miller, Esq.
Aaron B. Fairchild, Esq.
  Morten & Fairchild, PC
  Irvine, CA

APPEARANCES FOR THE GOVERNMENT:  Craig D. Jensen, Esq.
  Navy Chief Trial Attorney
Adam J. Bester, Esq.
  Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: April 1, 2019

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61957, Appeal of Dr. Larry Alenbaugh, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals